1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JOHN D. SVELUND,
11          Plaintiff,                    No. 2:09-cv-3259 JFM (PC)
12      vs.
13  D.K. SISTO, et al.,
14          Defendants.                   <u>ORDER</u>
15  _____/
16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the
18  required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity
19  either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or
20  to submit the appropriate filing fee.
21          In accordance with the above, IT IS HEREBY ORDERED that:
22          1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit
23  in support of his request to proceed in forma pauperis on the form provided by the Clerk of
24  Court, or the appropriate filing fee; plaintiff's failure to comply with this order may result in the
25  dismissal of this action; and
26  /////

                                              1

1       2. The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis By a Prisoner.
3 DATED: December 10, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/md;001
svel3259.3a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN D. SVELUND,

    Plaintiff,                     No. 2:09-cv-3259 JFM (PC)

  vs.

D.K. SISTO, et al.,                 SUBMISSION OF

    Defendants.             IFP or FILING FEE

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____        IFP affidavit

    _____        The appropriate filing fee

DATED:

                                                          _____
                                                          Plaintiff